UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Debra J. Jacobson,**          Civil No. 06-4380 (JNE/SRN)

    **Plaintiff,**

    **v.**          **O R D E R**

**Gillette Children's Specialty Healthcare,**

    **Defendant.**

---

Plaintiff Debra J. Jacobson, pro se

Marnie E. Polhamus, Felhaber, Larson, Fenlon & Vogt, PA, 220 South 6th Street, Suite 2200, Minneapolis, Minnesota 55402, for Defendant Gillette Children's Specialty Healthcare

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Clerk's Office is directed to terminate this case as voluntarily dismissed under Rule 41(a)(1)(i), in accordance with Plaintiff's notice (Doc. No. 22); and

2. Defendant's Motion to Dismiss, or Alternatively, Motion for a More Definite Statement (Doc. No. 12) is **DENIED AS MOOT**.

Dated: August 3, 2007

                                               s/ Joan N. Ericksen
                                               JOAN N. ERICKSEN
                                               United States District Court Judge